UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| **SEA SALT, LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:20-cv-00099-JAW |
| | ) | |
| **TD BANK, N.A.,** *et al.*, | ) | |
| | ) | |
| Defendants | ) | |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby notifies the Clerk, by and through undersigned counsel, that all claims asserted against Defendant Kimberly Mastropasqua are dismissed with prejudice and without costs.

Dated: June 29, 2020              */s/ Laura H. White*
                                  Laura H. White, Me. Bar #: 4025
                                  *Attorney for Plaintiff Sea Salt, LLC*
                                  WHITE & QUINLAN, LLC
                                  62 Portland Road, Suite 21
                                  Kennebunk, ME 04043
                                  (207) 502-7484
                                  lwhite@whiteandquinlan.com

## CERTIFICATE OF SERVICE

      I, Laura H. White, hereby certify that on this 29th day of June, 2020, I filed the foregoing Notice of Voluntary Dismissal via the Court's CM/ECF system, which will automatically send a notice of filing to all counsel of record.


Dated: June 29, 2020                    */s/ Laura H. White*  
                                                   Laura H. White, Me. Bar #: 4025  
                                                   *Attorney for Plaintiff*  
                                                   WHITE & QUINLAN, LLC  
                                                   62 Portland Road, Suite 21  
                                                   Kennebunk, ME 04043  
                                                   (207) 502-7484  
                                                   lwhite@whiteandquinlan.com