UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| SEA SALT, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>TD BANK, NA, *et al.,*<br><br>      Defendants | CASE NO: 2:20-cv-00099-JAW |

**DEFENDANT PAYPAL, INC.'S CORPORATE DISCLOSURE STATEMENT**

 Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1, Defendant PayPal, Inc. ("PayPal") makes the following disclosure identifying any parent corporation and any person or entity owning 10% or more of PayPal: PayPal is wholly-owned by PayPal Holdings, Inc.

Dated at Portland, Maine this 6th day of August 2020.

              /s/ Katherine S. Kayatta
              Katherine S. Kayatta
              Pierce Atwood LLP
              Merrill's Wharf
              254 Commercial Street
              Portland, ME  04101
              Tel: 207-791-1100
              kkayatta@pierceatwood.com

              *Attorney for Defendant PayPal, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2020, I electronically filed the foregoing document using the CM/ECF system which will send the notification of such filing to counsel of record.

/s/ Katherine S. Kayatta

Katherine S. Kayatta
Pierce Atwood LLP
Merrill's Wharf
254 Commercial Street
Portland, ME  04101
Tel:  207-791-1100
kkayatta@pierceatwood.com