## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| SEA SALT, LLC, | ) |
|        Plaintiff, | ) |
| v. | ) Case No. 2:20-cv-00099-JAW |
| TD BANK, N.A., *et al.*, | ) |
|        Defendants | ) |

**BELLEROSE INVESTMENT GROUP LLC**
**Trustee** Coinbase, Inc.

### WRIT OF ATTACHMENT AND TRUSTEE SUMMONS
### (D. Me. Local R. 64 and M.R. Civ. P. 4(d))

TO THE ABOVE-NAMED TRUSTEE: The Plaintiff in this action, Sea Salt, LLC, has begun a lawsuit against Defendants TD Bank, N.A., Bellerose Investment Group, LLC, Kimberly Mastropasqua, Cory Poulin, Platinum Pawn & Loan, and Constance Bellerose, filed on March 16, 2020. Plaintiff may be able to satisfy any judgment from property belonging to the Defendant(s) that may be in your possession or control. As part of the proceedings you are required to file a written statement under oath **WITHIN 20 DAYS** from the day this summons was served on you indicating what property you have in your possession belonging to the following Defendants: **Bellerose Investment Group, LLC**, to the value of **$459,200.00**; and **Kimberly Mastropasqua**, to the value of **$74,368.65**. Your original statement under oath should be filed with the office of the clerk of court with a copy to Plaintiff's attorney, Laura H. White of White & Quinlan, LLC, 62 Portland Road, Suite 21, Kennebunk, Maine 04043.

### IMPORTANT WARNING

**IF YOU FAIL TO FILE SUCH A STATEMENT (EVEN IF YOU INDICATE YOU HAVE NO SUCH PROPERTY) WITHIN THE TIME STATED ABOVE, YOU WILL BE DEFAULTED AND ADJUDGED TRUSTEE TO THE EXTENT YOU HOLD GOODS, EFFECTS OR CREDITS OF THE PRINCIPAL DEFENDANT.**

Without notice to Defendant(s), an order approving attachment and attachment on trustee process was entered against the above Defendants in the above amounts stated on April 9, 2020. A copy of that Decision and Order is attached for your records.

CHRISTA K. BERRY
*CLERK OF COURT*

Dated: April 23, 2020

Teagan Snyder, Deputy Clerk

## PROOF OF SERVICE

This summons for *(name of individual and title, if any)* _____ was received by me on *(date)* **MAY 1 4 2020**.

____ I personally served the summons on the individual at *(place)* _____

on *(date)* _____ ; or

____ I left the summons at the individual's residence or usual place of abode with

*(name)* _____ , a person of suitable age and discretion who resides there, on

*(date)* _____ , and mailed a copy to the individual's last known address; or

**X** I served the summons on *(name of individual)* CT Corporation System, Agent who is

designated by law to accept service of process on behalf of *(name of organization)*

Coinbase Inc. _____ on *(date)* **MAY 1 4 2020**

____ I returned the summons unexecuted because _____ ; or

____ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: **MAY 1 4 2020**

*Server's signature*

*Printed name and title* HARRY McKENNEY
Chief Civil Deputy
Kennebec County
Sheriff's Office

*Server's address*

Additional information regarding attempted service, etc: